OPINION — AG — ** INSPECTION OF GAS PIPES ** QUESTION: CAN OR CANNOT 52 O.S. 5 [52-5], 52 O.S. 6 [52-6], 52 O.S. 245 [52-245], 52 O.S. 298 [52-298] [52-298] CHARGES THE CHIEF MINE INSPECTOR WITH DUTIES CONNECTED WITH THE INSPECTION OF LAYING OF GAS PIPE LINES, MAINTAINING RECORDS OF PLUGGED OIL AND GAS WELLS OR MATTERS RELATING IN ANY WAY WHATEVER TO THE OIL AND GAS INDUSTRY. (AUTHORITY, JURISDICTION, CONSERVATION, CORPORATION COMMISSION, GAS WELLS) CITE: 17 O.S. 53 [17-53] (FRED HANSEN)